THIS OPINION HAS NO 
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY 
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH 
 CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Peter L. Middleton, 
 Appellant. 
 
 
 

Appeal From McCormick 
 County
  William P. Keesley, Circuit 
 Court Judge

Unpublished Opinion 
 No. 2004-UP-352
 Submitted March 19, 2004  
 Filed May 27, 2004

APPEAL DISMISSED

 
 
 
 
 Senior Assistant Appellate 
 Defender Wanda P. Hagler, of Columbia, for Appellant.
 Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant 
 Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor 
 Cecil Kelley Jackson, of Sumter, for Respondent.
 
 
 

PER 
 CURIAM:  Peter L. Middleton (Appellant) was convicted of possession of crack 
 cocaine with intent to distribute within a half-mile radius of a school, possession 
 of crack cocaine with intent to distribute, possession of marijuana, and making 
 an improper turn.  He was sentenced to concurrent prison terms of ten years, 
 suspended upon the service of two years, for the proximity charge; two years 
 for the possession of crack charge; thirty days, suspended upon time served, 
 for the marijuana charge; and two days for making an improper turn.  
On appeal, 
 counsel for Appellant has filed a final brief along with a petition to be relieved 
 as counsel.  Appellant has not filed a pro se response.  After 
 a thorough review of the record pursuant to Anders v. California, 386 
 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), 
 we dismiss the appeal and grant counsels petition to be relieved.          
 
APPEAL DISMISSED. 
 [1] 
GOOLSBY, HOWARD, and BEATTY, JJ., 
 concur.
 

 
 
 [1]   This case is decided without oral argument pursuant to Rule 215, 
 SCACR.